AO 106 (Rev. 04/10) Application for a Search Warrant

**AUSA Litton**

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Information Associated with the Cellular Devise Assigned Call Number (614) 395-1393 that is Stored at Premises Controlled by Cellco P'ship, d/b/a Verizon Wireless

)
)
)
)
)
)

Case No. 2:23-mj-445

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated here by reference. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

located in the _____ District of _____ **New Jersey** _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated here by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951 and 2(a) | -Hobbs Act Robbery |
| 18 U.S.C. §§ 2113(a) and 2(a) | -Bank Robbery |
| 18 U.S.C. §§ 924(c) and 2(a) | -Use/Carry of a Firearm During and in Relation to a Crime of Violence |

The application is based on these facts:

See Affidavit in Support of Search Warrant Application, incorporated here by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

**ATF TFO Brian V. Boesch**

*Printed name and title*

Sworn to before me and signed in my presence.

Via FaceTime

Date: July 31, 2023

City and state: Columbus, OH

**Elizabeth A. Preston Deavers**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (614) 395-1393, THAT IS STORED AT PREMISES CONTROLLED BY CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS | Case No. 2:23-mj-445 _____ <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Task Force Officer (TFO) Brian V. Boesch, being first duly sworn, hereby depose and

state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain cellular telephone assigned call number (614) 395-1393,

("the SUBJECT PHONE"), that is stored at premises controlled by Cellco Partnership, d/b/a

Verizon Wireless, a wireless telephone service provider headquartered at 180 Washington Valley

Road, Bedminster, New Jersey.  The information to be searched is described in the following

paragraphs and in Attachment A.  This affidavit is made in support of an application for a search

warrant under 18 U.S.C. § 2703(c)(1)(A) to require Verizon Wireless to disclose to the

government copies of the information further described in Section I of Attachment B.  Upon

receipt of the information described in Section I of Attachment B, government-authorized

persons will review the information to locate items described in Section II of Attachment B.

2.    I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since July 6, 2014. I have been a police officer with the Columbus Division of Police (CPD) since November 6, 1994. I have received training from CPD continuously during my employment with them in addition to training from ATF. I began investigating robberies with the CPD Robbery Squad in 2006. I have investigated all means of robberies during the past seventeen (17) years, including state and federal violations of the law. I am trained in writing and executing search warrants and arrests warrants, both state and federal.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.    Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 371 (Conspiracy to Commit an Offense against the United States), 18 U.S.C. § 1951 (Hobbs Act Robbery), 18 U.S.C. § 2113(a) (Bank Robbery), and 18 U.S.C. § 924(c) (Using or Carrying a Firearm During and in Relation to a Crime of Violence) have been committed by Faisal DAROD, Aden JAMA, and Abdisamad ISMAIL (now deceased), as principals and/or as aiders and abettors. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

2

## PROBABLE CAUSE

### A. The July 6, 2023 Porsche Robbery at Byers Imports

5.     On July 6, 2023, at roughly 2:05 p.m., a robbery occurred at the Byers Imports car lot, located at 409 North Hamilton Road, Whitehall, Ohio. During that robbery, an armed black male entered the dealership, brandished a firearm with an extended magazine at employees, and demanded the keys to a Porsche. The robber then took the keys he was given, got into a black Porsche Cayenne, and drove off the lot, northbound onto Hamilton Road.

6.     The Byers Imports car lot is a business engaged in and affecting interstate and foreign commerce as the car lot routinely buys and re-sells vehicles that are not manufactured in the State of Ohio or the United States.

7.     Whitehall Police Department (WPD) officers responded to the robbery call, and, with the assistance of Byers Imports employees, they began tracking the stolen Porsche through its onboard GPS system. Officers began receiving regular updates as to the location of the stolen Porsche. Those GPS coordinates eventually led officers to a Target store on Hilliard-Rome Road, on the far west side of Columbus.

### B. The July 6, 2023 Bank Robbery at Fifth Third Bank

8.     WPD officers observed the Porsche pull out of the Target parking lot and drive to the Fifth Third Bank located at 2455 Hilliard-Rome Road, Hilliard, Ohio. When WPD officers drove by the now-parked Porsche, at roughly 4:00 p.m., they observed one individual in the front passenger seat but no one in the driver's seat. Officers could not see into the rear seat due to the level of tint on the windows.

3

9.      After a few moments of conducting surveillance, WPD officers observed a black male exit the bank and enter the driver's door of the Porsche. WPD officers attempted to block the Porsche with their vehicles and take the occupants into custody, but the driver fled the scene by driving the Porsche over a sidewalk and onto Hilliard-Rome Road.

10.     Fifth Third Bank employees stated that an individual matching the driver's description had brandished a firearm at them and stole roughly $85,236.00 from the bank, including its teller drawers and the vault. Surveillance footage from inside the bank also depicted the suspect brandishing a firearm with an extended magazine at bank employees. Investigators have learned that this Fifth Third Bank branch, referred to as the Hilliard South Branch, has its deposits insured by the Federal Deposit Insurance Corporation.

## C. The July 6, 2023 Armed Pursuit and Shootout

11.     Following the bank robbery described above, CPD Officers took over the pursuit of the stolen Porsche with marked cruisers. The pursuit ended abruptly on Interstate 70 East, near West Mound Street, just west of downtown Columbus. The driver, later identified as Abdisamad ISMAIL, was mortally wounded in a gun battle with responding officers. A CPD officer was also shot and critically injured. Before transporting the injured officer to the hospital, other responding officers placed what they *then* believed to be his service pistol in the vehicle that was used to transport him to the hospital. Investigators later determined that they had placed the firearm that ISMAIL had used in the shootout in the vehicle by mistake, while leaving the injured officer's service pistol on the freeway for processing. Investigators later determined that the firearm that ISMAIL had used was a Glock, Model 17, 9mm handgun (S/N: ZLB578) with an extended magazine inserted.

4

12.     Two other suspects fled from the passenger side of the stolen Porsche and ran down an embankment, south towards West Mound Street, escaping apprehension. A widespread manhunt ensued. Surveillance footage from the area showed those two suspects – both black males – leaving the scene. One suspect was wearing a distinctive red- and white-striped shirt, black pants, and white shoes. The other suspect was wearing a white t-shirt, with a black jacket, black pants, and white tennis shoes. Surveillance video from a nearby women's shelter, depicted in a still-frame below, showed those two suspects entering the shelter while still wearing the same clothing. Shelter employees turned both men away.



**D. Identification of the Remaining Suspects**

13.     Using exigent circumstances cell phone tower dumps from all three major cell-phone carriers, investigators were able to identify one T-Mobile cell phone that was pinging off cell towers near all three crime scenes at the time of the Porsche robbery, the bank robbery, and the pursuit/shootout on I-70 detailed above. That phone number was (614) 632-9786.

5

14.    Investigators then plugged that phone number into CashApp using open-source techniques and determined that it belonged to account holder "Feysal Daarood" with CashTag "$onepull23." CPD officers also ran that phone number through their centralized reporting system and observed that it had been listed in five police reports between 2017 and 2022, all associated with Faisal DAROD. A search of DAROD's public Facebook page, with username "Faisal Daarood," showed a picture of him, posted on July 4, 2023, sitting in the front seat of what appears to be a black Chevrolet Corvette, wearing the same distinctive red- and white-striped shirt that he was wearing when he fled I-70 on foot. That photo is depicted below:



15.     Investigators later made exigent requests to T-Mobile for call detail records and timing advance records for DAROD's cell phone number. The timing advance records placed DAROD's cell phone in close proximity to all three crime scenes during the relevant timeframes. When analyzing his call detail records, officers discovered that DAROD had recently been in frequent contact with phone number (614) 395-1393. Officers searched several law enforcement databases and were able to confirm that this phone number belonged to Aden JAMA.

16.     Surveillance video from a hotel in north Columbus confirmed DAROD and JAMA were in the lobby of the hotel the day before the robberies and shooting detailed above. A short time *after* the shooting, DAROD and JAMA were again observed on the hotel's surveillance camera exiting a black Toyota Camry and going into the hotel. The post-shooting surveillance footage showing DAROD and JAMA together is depicted in a still-frame below:



17.     Early in the morning on Friday, July 7, 2023, CPD officers detained DAROD and later conducted a custodial interview of him at CPD Headquarters. DAROD admitted to being in the stolen Porsche the previous day. He stated he was out east with a couple of friends, one of whom was named Aden. He then told investigators that he was held in the Porsche at gunpoint by an individual who was now deceased who had threatened to shoot DAROD if he fled. DAROD was released from custody pending further investigation.

18.     DAROD's cell phone was seized, and a state of Ohio search warrant was executed to allow officers access to the data on his phone. Approximately 41 minutes prior to the robbery at Byers Imports on July 6, 2023, DAROD sent JAMA a text stating "409 N. Hamilton," which is the address of the Byers Imports car lot.

### E.  Arrests of the Suspects

19.     After identifying JAMA as the second remaining suspect, investigators determined that he had recently purchased a flight leaving Chicago O'Hare airport on Saturday, July 8th, at 12:35 p.m., bound for Turkey. DAROD's cell phone also contained Google searches for flights out of the country to Somalia. Based on the forgoing information, Magistrate Judge Kimberly A. Jolson signed off on a pair of criminal complaints for DAROD and JAMA, and they were both arrested prior to leaving the country. DAROD was arrested in Columbus on the evening of Friday, July 7th. JAMA was arrested inside Chicago O'Hare International Airport on the afternoon of Saturday, July 8th.

### F.  Other Related Criminal Activity

20.     Further investigation showed a pattern of other robberies of high-end vehicles, bank robberies, and related criminal activity that DAROD, JAMA, and ISMAIL likely participated in or conspired to commit together.

21.     For example, investigators learned that, just three days prior to the events detailed above (i.e., on Monday, July 3, 2023), a black male stole a black Chevy Corvette at gunpoint from the Auto Gallery car lot, located at 5309 Westerville Road, Minerva Park, Ohio. According to the victims, the suspect, who was wearing a dark-colored hoodie, dark-colored baseball cap, and face mask, brandished a firearm at one of them before stating that he was there for the Maserati. When an employee informed the suspect that the Maserati was not there, he demanded the keys to a Corvette instead. The suspect also demanded that the employees delete all security footage from the building, so they provided him with the entire DVR box for the security system. After holding the victims at gunpoint and obtaining the keys and the DVR box, the suspect drove away in a 2016 black Chevy Corvette Stingray. Police ultimately recovered the stolen Corvette at roughly 7:50 p.m. on Wednesday, July 5, 2023, near 1527 Virginia Avenue, Columbus, Ohio. The Corvette had been abandoned. Surveillance footage from nearby showed the Corvette being abandoned earlier in the day, at roughly 2:44 p.m.

22.     Investigators also learned that two days after the Corvette robbery just detailed (i.e., on July 5, 2023), a black male suspect robbed a Fifth Third Bank branch located at 1669 Fishinger Road, Upper Arlington, Ohio, again at gunpoint. During that robbery, the suspect stole roughly $85,236.00 from the bank, including its teller drawers and the vault. Surveillance footage captured a black Chevy Corvette speeding away from the bank following the robbery.

23.     Using the timing advance records described above, investigators determined that DAROD's cell phone was located in close proximity to the scene of the Fifth Third bank robbery in Upper Arlington during the relevant timeframe of the robbery *and* in close proximity to where the stolen Corvette had been abandoned at roughly 2:46 p.m. on Wednesday, July 5th.

24.     When officers processed the scene of the shootout on I-70 on Thursday, July 6th, they found the key fob to a Chevy Corvette inside a bag that contained roughly $86,898 believed to have been just stolen from the Fifth Third Bank in Hilliard. That bag was consistent with a bag that DAROD was holding in a picture on his Facebook page that had been posted on July 4, 2023 (two days earlier), where he was sitting in what appeared to be a black Chevy Corvette. That photo was depicted above, in Paragraph 14 of this Affidavit.

25.     A more thorough search of the contents of DAROD's cell phone revealed other incriminating information dating back several months, including multiple conversations with a contact listed in his phone as "GTA" regarding committing other robberies and thefts of businesses. Investigators have linked the contact listed in DAROD's phone as "GTA"—which is presumably short for "Grand Theft Auto," referencing the popular video game series that glamorizes car theft and other violence, given the car logo next to the contact name—to Abdisamad ISMAIL. DAROD also referred directly to "GTA" as Abdisemed at one point in their conversations.

26.     Based on the modus operandi of the crimes described above and the conversations between DAROD and ISMAIL on DAROD's phone, DAROD's internet searches, and photographs on his phone, it appears likely that DAROD and/or ISMAIL took part (or had a very keen interest) in other recent robberies in central Ohio, including but not limited to the armed robbery of a Huntington Bank, located at 3931 Morse Crossing, Columbus, Ohio, on June 16, 2023; the armed robbery of a high-end Maserati from the Auto Gallery, 5309 Westerville Road, Columbus, Ohio on June 19, 2023; and the robbery of a Gamestop store located at 1720 Hilliard-Rome Road, Hilliard, Ohio, on June 21, 2023.

10

27.     DAROD's conversations with ISMAIL regarding robbing businesses date back to December 2022. For example, on December 17, 2022, DAROD sent ISMAIL the location for a pharmacy in Lewis Center, Ohio, and said "Let's go here . . . it's sweet asf [as fuck] . . . It's a family own pharmacy . . . Out the way . . . We can get a shit ton of pills n lean . . . Shit would be worth bandz . . . They close at 10 . . . It's [now] or never." ISMAIL replied, "Bro ur stupid . . . That place ain't got lean n pills." DAROD replied "I'm 100% sure fam . . . Bro who's driving knows for a fact . . . He scoped it out . . . You on it . . . They got way more than cvs or Walgreens." ISMAIL then replied, "Bet pull up," signaling his agreement and that he wanted DAROD and his driver to pick him up. Roughly eighteen minutes later, at approximately 9:35 p.m., DAROD messaged ISMAIL to "Hurry up Fam." ISMAIL replied, "I'm coming."

28.     Investigators also learned that DAROD and ISMAIL visited the LEPD shooting range on Bethel Road together on May 11, 2023. Both men signed in but were kicked off the range shortly afterward for unsafe behavior. DAROD also had several images of himself with firearms within his phone and on his social media, including at least one photo of himself holding a Glock handgun with an extended magazine, similar to what ISMAIL used in the shoot-out on I-70. That photo, date-stamped June 22, 2023, is depicted below:



29. DAROD's phone also contained a video from June 23, 2023, in which he, JAMA, and three other unidentified black males are in a car together, rapping. One of the unidentified black males in the back seat of the car brandished a firearm with an extended magazine, similar to the firearm used during the July 6, 2023 crime spree detailed above. A screenshot from that video, in which DAROD is in the driver's seat and Jama is in the front passenger's seat, is depicted below (firearm in the hand of the unidentified black male wearing the black tee-shirt):



**G. Technical Details Regarding Request**

30. The cell phone and cell tower records that the officers initially obtained were of an exigent nature and only went back to July 3, 2023. The officers later followed up with the cell providers with state of Ohio search warrants for those records. As detailed above, investigators now believe that DAROD, JAMA, and ISMAIL may have been involved in other robberies and other criminal activity, going back further in time. The additional call detail records for DAROD and JAMA's phone numbers will assist investigators in determining each individual's participation in any additional crimes.

31.     In my training and experience, I have learned that Verizon Wireless is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

32.     Based on my training and experience, I know that Verizon Wireless can collect cell-site data about the SUBJECT PHONE. I also know that wireless providers such as Verizon Wireless typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

33.     Based on my training and experience, I know that Verizon also collects per-call measurement data, which Verizon also refers to as the "real-time tool" ("RTT"). RTT data estimates the approximate distance of the cellular device from a cellular tower based on the speed with which signals travel between the device and the tower. This information can be used to estimate an approximate location range that is more precise than typical cell-site data.

13

34.     Based on my training and experience, I know that wireless providers such as Verizon Wireless typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as Verizon Wireless typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

35.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

36.     I further request that the Court direct Verizon Wireless to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on Verizon Wireless, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Brian V. Boesch
Task Force Officer (TFO)
Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF)

14

Subscribed and sworn to before me on_____ July 31_____, 2023



Elizabeth A. Preston Deavers
United States Magistrate Judge

15

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number (614) 395-1393 ("the Account"), that are stored at premises controlled by Cellco Partnership, d/b/a Verizon Wireless ("the Provider"), headquartered at 180 Washington Valley Road, Bedminster, New Jersey, 07921.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period **December 17, 2022 to July 8, 2023:**

    a.   The following information about the customers or subscribers of the Account:

        i.   Names (including subscriber names, user names, and screen names);

        ii.   Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii.   Local and long distance telephone connection records;

        iv.   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v.   Length of service (including start date) and types of service utilized;

        vi.   Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

        vii.   Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

        viii.   Means and source of payment for such service (including any credit card or bank account number) and billing records.

b.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

  i.  the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

  ii.  information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received, as well as per-call measurement data (also known as the "real-time tool" or "RTT" data).

## II.  Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 371 (Conspiracy to Commit an Offense against the United States), 18 U.S.C. § 1951 (Hobbs Act Robbery), 18 U.S.C. § 2113(a) (Bank Robbery), and 18 U.S.C. § 924(c) (Using or Carrying a Firearm During and in Relation to a Crime of Violence) involving Aden JAMA during the period December 17, 2022, to July 8, 2023.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

3